**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sandra Vincent,

       Plaintiff,                      Civil 10-1277 (RHK/JJK)

vs.                                **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Bristol-Meyers Squibb Company,
et al.,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

    **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

    **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 13, 2010

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge